**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

OLVIN RENE VELASQUEZ TURCIOS,
Petitioner,
v.
CHRISTOPHER J. LAROSE, *et al.*,
Respondents.

Case No. 26-cv-04916-BAS-DDL

**ORDER DENYING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

Petitioner Olvin Rene Velasquez Turcios filed a habeas petition pursuant to 28 U.S.C. § 2241, arguing that he is being improperly held in immigration custody without a bond hearing. (ECF No. 1.) The Government responded that Petitioner was given a bond hearing on September 9, 2026. (*See* ECF No. 8.) Petitioner does not reply. Hence, it appears the Petition is moot, and the Court **DENIES** the Petition (ECF No. 1) on that basis. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: September 23, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**